# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 3:97MJ16** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | **TO DISMISS COMPLAINT** |
| **(1) SHARON LEWIS ISAACS** | ) | |

Leave of Court is hereby granted for the dismissal of the criminal Complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

SO ORDERED.

Signed: July 20, 2011

David S. Cayer
United States Magistrate Judge